UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                              HONORABLE PAUL L. MALONEY

v.

                                              Case No. 1:09-cr-270

ALEXANDER NEIL JONES,

        Defendant.

_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the Defendant's motion for ends of justice continuance of the final pretrial presently scheduled for November 23, 2009 and trial scheduled for December 2, 2009. The basis of the Defendant's motion is that additional time is necessary to locate all necessary witnesses, complete the investigation, receive all requested records, and prepare for trial. The defendant has submitted a signed Waiver of Speedy-Trial Rights in support of the request. The government does not oppose the request.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **December 14, 2009 at 3:00 p.m.** Jury trial is rescheduled to **December 22, 2009 at 8:45 a.m.**

Dated: November 9, 2009                                        /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District Judge