UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 1:09-CR-270

        Hon. Paul L. Maloney
        Chief United States District Judge

ALEXANDER NEIL JONES,

        Defendant.

_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE EX PARTE MOTION UNDER SEAL

Alexander Neil Jones, defendant, has filed a Motion for Leave to File Ex Parte Motion Under SEAL. The Court has reviewed the Motion.

IT IS ORDERED that defendant's Motion for Leave to File Ex Parte Motion Under SEAL is GRANTED.

**IT IS SO ORDERED.**

Dated: November 24, 2009        /s/ Paul L. Maloney
                                        HONORABLE PAUL L. MALONEY
                                        Chief United States District Judge