UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:09-cr-270

    HONORABLE PAUL L. MALONEY

ALEXANDER NEIL JONES,

    Defendant.

_____/

## ORDER DENYING MOTION TO DISMISS COUNSEL

This matter is before the Court on Defendant Alexander Neil Jones' *Pro Se* Motion to Dismiss Counsel (Dkt. #15). For the reasons and grounds set forth in the opinion from the bench on today's date which is incorporated herein by reference,

**IT IS HEREBY ORDERED** that Defendant Alexander Neil Jones' *Pro Se* Motion to Dismiss Counsel (Dkt. #15) is **DENIED**.

Date:  December 3, 2009                  /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge